The Hon. Naomi Reice Buchwald
October 28, 2019
Page 3
_____

concerning his intended motion for entry of default under Federal Rule of Civil Procedure 55(a). Alternatively, the Trustee requests a pre-motion conference to establish a briefing schedule for Defendants' anticipated motions to dismiss.

Very truly yours,

P. Jason Collins