

810 Seventh Avenue
Suite 410
New York, New York 10019
Main: 212.344.5200
Fax: 212.344.5299
www.reidcollins.com

P. Jason Collins | Partner
Direct: 212.344.5206
jcollins@reidcollins.com

October 30, 2019

<u>*Via* ECF and Hand Delivery</u>

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthosue
500 Pearl Street
New York, NY 10007

     Re:    *Kravitz v. Tavlarios, et al.*, No. 19 Civ. 8438 (S.D.N.Y.)

Dear Judge Buchwald:

We represent Peter Kravitz, Trustee of the Aegean Litigation Trust (the "Trustee"). I write concerning the Trustee's October 28, 2019 request for a pre-motion conference (the "Request") and Defendants' joint response thereto (the "Response"). *See* Dkt. 21, 22.

The parties have resolved the issues raised in both the Request and the Response. Through this correspondence, I withdraw the Request on the Trustee's behalf.

The parties also have reached agreement concerning the timing of Defendants' responses to the Trustee's Complaint and will submit a proposed order and stipulation reflecting the terms of their agreement as soon as possible. In light of this stipulation, the parties believe the November 5, 2019 teleconference is no longer needed, subject to the Court's approval.

Respectfully submitted,

P. Jason Collins

cc:    All counsel of record (*via* ECF)