UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER KRAVITZ, as Trustee of the Aegean Litigation Trust,

           Plaintiff,

-against-

E. NIKOLAS TAVLARIOS,
PETER C. GEORGIOPOULOS,
JOHN P. TAVLARIOS, and
GEORGE KONOMOS,

           Defendants.

Case No. 19 Civ. 8438

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/19

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED among the parties that:

1. Defendants Peter C. Georgiopoulos, George Konomos, E. Nikolas Tavlarios, and John P. Tavlarios (together, "Defendants"), shall file letters requesting a pre-motion conference for a motion to dismiss, pursuant to Rule 2(B) of the Court's Individual Practices, on or before November 25, 2019;

2. The parties agree that pursuant to Rule 2(B) of the Court's Individual Practices, the deadline for Defendants to file any response to the Complaint is otherwise stayed until further order of the Court.

3. Counsel for E. Nikolas Tavlarios acknowledges that he has accepted service of the Summons and Complaint on behalf of his client;

4. Defendants waive any defense to the Complaint based on insufficient or defective service of process, but they otherwise reserve all rights and defenses; and

5. The parties agree to stay discovery pending resolution of Defendants' anticipated motions to dismiss.

Dated: November 1, 2019                    Respectfully submitted,

REID COLLINS & TSAI LLP                    SHER TREMONTE LLP

/s/ P. Jason Collins                       */s/ Michael Tremonte (with permission)*

P. Jason Collins                           Michael Tremonte
Jeffrey E. Gross                           90 Broad Street, 23rd Floor
Ben Barnes                                 New York, NY 10004
810 Seventh Avenue, Suite 410              Telephone: 212.202.2600
New York, NY 10019                         Facsimile: 212.202.4156
Telephone: 212.344.5200                    Email: mtremonte@shertremonte.com
Facsimile: 212.344.5299
Email: jcollins@rctlegal.com               *Counsel to Defendant Peter Georgiopoulos*

*Counsel to Plaintiff Peter Kravitz*

PATTERSON BELKNAP                          COHEN & GRESSER LLP
WEBB & TYLER LLP

Joshua Goldberg                            Jonathan Abernethy
1133 Avenue of the Americas                800 Third Avenue
New York, New York 10036                   New York, NY 10022
Telephone: 212.336.2000                    Telephone: 212.957.7600
Facsimile: 212.336.2222                    Facsimile: 212.957.4514
Email: jgoldberg@pbwt.com                  Email: jabernethy@cohengresser.com

*Counsel to Defendant E. Nikolas Tavlarios*    *Counsel to Defendant John Tavlarios*

SHAPIRO ARATO BACH LLP

*/s/ Jonathan Bach (with permission)*
Jonathan Bach
500 Fifth Avenue, 40th Floor
New York, NY 10110
Telephone: 212.257.4884
Facsimile: 212.202.6417
Email: jbach@shapiroarato.com

*Counsel to Defendant George Konomos*

SO ORDERED this _____ day of _____, 2019

                                           _____
                                           HONORABLE NAOMI REICE BUCHWALD
                                           UNITED STATES DISTRICT JUDGE

2

| Dated: October 30, 2019 | Respectfully submitted, |
|---|---|
| REID COLLINS & TSAI LLP | SHER TREMONTE LLP |

P. Jason Collins
Jeffrey E. Gross
Ben Barnes
810 Seventh Avenue, Suite 410
New York, NY 10019
Telephone: 212.344.5200
Facsimile: 212.344.5299
Email: jcollins@rctlegal.com

*Counsel to Plaintiff Peter Kravitz*

PATTERSON BELKNAP
WEBB & TYLER LLP

Joshua Goldberg
1133 Avenue of the Americas
New York, New York 10036
Telephone: 212.336.2000
Facsimile: 212.336.2222
Email: jgoldberg@pbwt.com

*Counsel to Defendant E. Nikolas Tavlarios*

SHAPIRO ARATO BACH LLP

Jonathan Bach
500 Fifth Avenue, 40th Floor
New York, NY 10110
Telephone: 212.257.4884
Facsimile: 212.202.6417
Email: jbach@shapiroarato.com

*Counsel to Defendant George Konomos*

Michael Tremonte
90 Broad Street, 23rd Floor
New York, NY 10004
Telephone: 212.202.2600
Facsimile: 212.202.4156
Email: mtremonte@shertremonte.com

*Counsel to Defendant Peter Georgiopoulos*

COHEN & GRESSER LLP

Jonathan Abernethy
800 Third Avenue
New York, NY 10022
Telephone: 212.957.7600
Facsimile: 212.957.4514
Email: jabernethy@cohengresser.com

*Counsel to Defendant John Tavlarios*

SO ORDERED this 4th day of November, 2019

_____
HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE