```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
PETER KRAVITZ, as Trustee of the
Aegean Litigation Trust,

                    Plaintiff,                    O R D E R

        - against -                                19 Civ. 8438 (NRB)

E. NIKOLAS TAVLARIOS, PETER C.
GEORGIOPOLOUS, JOHN P. TAVLARIOS, and
GEORGE KONOMOS,

                    Defendants.
----------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court is in receipt of the parties' letters of November 25 and December 2, 2019. While it does not find that a conference is necessary before the motion is made, it is the Court's custom to give a plaintiff the opportunity to amend the complaint before the motion to dismiss is made if plaintiff believes that he can, consistent with Rule 11, address issues raised in the defendants' pre-motion letter. Plaintiff shall advise the Court within one week if he wishes to file an amended complaint and, if so, how soon he will do so. If an adjustment to the briefing schedule is required, the Court assumes that such an adjustment can be negotiated by the parties.

1

**SO ORDERED.**

Dated:  New York, New York
        December 5, 2019

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE