**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PETER KRAVITZ, in his capacity as Trustee of
the Aegean Litigation Trust,



                     Plaintiff,

   -against-                                      19 **CIVIL** 8438 (NRB)

## JUDGMENT

E. NIKOLAS TAVLARIOS, PETER C.
GEORGIOPOULOS, JOHN P. TAVLARIOS,
and GEORGE KONOMOS,

                     Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated July 8, 2020, Defendants' motion to dismiss is granted, and Plaintiff's request for leave to amend is denied; accordingly, this case is closed.

**Dated:**  New York, New York

       July 9, 2020

                                                                  **RUBY J. KRAJICK**
                                                                     **Clerk of Court**
                                     **BY:**
                                                                         **Deputy Clerk**